

ORIGINAL

FILED

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0216

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0216

FILED

AUG 2 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO
THE SUPREME COURT COMMISSION ON
TECHNOLOGY

O R D E R

---

The terms of the Honorable James Jeremiah Shea, Beth McLaughlin, and Bowen Greenwood expired on March 31, 2023. The Court thanks each of them for their service to the Commission, to this Court, and to the people of Montana.

IT IS ORDERED that the Honorable James Jeremiah Shea, Beth McLaughlin, and Bowen Greenwood are hereby reappointed to the Commission for terms expiring March 31, 2026.

The Clerk is directed to provide copies of this Order to each member of the Commission on Technology, and to the State Bar of Montana.

DATED this 29th day of August, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices